**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

No. CV 08-889 MV/WDS
CR 03-2112 MV

**JORGE TORRES-LARANEGA,**

**Defendant.**

**ORDER GRANTING PETITIONER'S MOTION
FOR DISCOVERY**

THIS MATTER comes before the Court on Defendant's Motion for Discovery. (Document #17) Plaintiff has not filed opposition to the motion and the time in which to do so has expired. Accordingly, Defendant's Motion for Discovery is deemed unopposed and is granted. Plaintiff is ordered to produce the requested documents within fifteen days of the date of this order. Defendant is granted thirty days after receipt of the documents in which to file a reply brief.

**IT IS SO ORDERED.**

_____
**W. DANIEL SCHNEIDER
United States Magistrate Judge**