U.S. District Court
District of New Mexico
Suite 270
333 Lomas Blvd., N.W.
Albuquerque, New Mexico 87102

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 2 0 2009

**MATTHEW J. DYKMAN**
CLERK

Re: Torres Laranega v. U.S.
Criminal No. 03-2112 MV
Civil No. 08-889 MV/W.D.S.

Honorable Magistrate Judge,

Request is hereby made to this honorable Court for an order directing the CJA Trial Attorney, Marcia Mitner to release the copies of the Discovery under Rule 16 and the Grand Jury minutes to the defendant at F.C.I. Ft. Dix P.O. Box 2000 W. Fort Dix NJ 08640 because never provided such materials during the pre-trial, trial, and sentencing.

Respectfully,

Date: Nov. 17, 2009

Jorge Torres Laranega Pro-Se
Reg. No. 09465-265
F.C.I. Ft. Dix
P.O. Box 2000 West 5812
Fort Dix, NJ 08640

```
George Torres Laranega
Reg. No. 09465-265
Federal Correctional Institution
P.O. Box 2000 West 5612
Fort Dix, NJ 08640
```

Legal Mail

**RECEIVED**
At Albuquerque NM

NOV 2 0 2009

MATTHEW J. DYKMAN
CLERK

TRENTON NJ 086
19 NOV 2009 PM 2 L

```
U.S. District Court
District of New Mexico
Suite 270
333 Lomas Blvd., N.W.
Albuquerque, New Mexico 87102
```

8710282274

USA FIRST-CLASS FOREVER