IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs.

No. CV 08-889 MV/WDS
CR 03-2112 MV

JORGE TORRES-LARANEGA,

Defendant.

### ORDER FINDING AS MOOT PETITIONER'S MOTION
### FOR PRODUCTION OF MAY 21, 2009 DISCOVERY ORDER

THIS MATTER comes before the Court on Defendant's Motion for Production of the Court's May 21, 2009 discovery order. (Document #36, #25) Plaintiff has filed a response to the motion, and included a copy of the discovery order in its response, which it served on Defendant. Accordingly, Defendant's Motion for Production is deemed moot. If Defendant did not receive the copy of the order forwarded by Plaintiff, the Defendant is instructed to so notify the Court.

IT IS SO ORDERED.

W. DANIEL SCHNEIDER
United States Magistrate Judge